**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TYREE GOINS**                                                                                 **PLAINTIFF**
**ADC #156468**

**v.**                                          **Case No. 2:20-cv-00195-KGB-BD**

**GREGORY RECHCIGL,** *et al.*                                                   **DEFENDANTS**

**<u>ORDER</u>**

Before the Court is a partial recommended disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 5).  No objections have been filed, and the time for filing objections has passed.  After a careful review, the Court concludes that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  Accordingly, the Court dismisses without prejudice plaintiff Tyree Goins's claims against separate defendant Wellpath, LLC.

It is so ordered this 28th day of January, 2021.

_____
Kristine G. Baker
United States District Judge