IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TYREE GOINS**                                                                                                       **PLAINTIFF**
**ADC #156468**

v.                                     Case No. 2:20-cv-00195-KGB-ERE

**GREGORY RECHCIGL**, *et al.*                                                                   **DEFENDANTS**

## ORDER

Before the Court is a Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere[1] (Dkt. No. 24). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendants Gregory Rechcigl, Terri Moody, and Tracy Bennett's motion for partial summary judgment (Dkt. No. 18). Mr. Goins may proceed only on his claims raised in grievance EA-20-1053. The Court dismisses without prejudice Mr. Goins' remaining claims based on his failure to exhaust administrative remedies.

It is so ordered this 28th day of February, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge

---

[1] On May 28, 2021, this case was reassigned to United States Magistrate Judge Edie R. Ervin due to the retirement of United States Magistrate Judge Deere (Dkt. No. 25).